IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY LEWIS NOSIE,<br><br>Defendant. | CR 15–14–BU–DLC<br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on May 28, 2014. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Johnny Lewis Nosie's guilty plea after Nosie appeared before him pursuant to Federal Rule of Criminal

Procedure 11, and entered a plea of guilty to one count of failing to register as a sexual offender in violation of 18 U.S.C. § 2250(a), as set forth in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 24), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Johnny Lewis Nosie's motion to change plea (Doc. 17) is GRANTED and Johnny Lewis Nosie is adjudged guilty as charged in the Indictment.

DATED this 22nd day of June, 2015.

Dana L. Christensen, Chief District Judge
United States District Court